IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEVAIN BAKERY COOKIE COMPANY, LLC,<br><br>Defendant. | Case No. 2:25-cv-01722-MPK |

**PLAINTIFF'S MOTION TO CERTIFY CLASS FOR SETTLEMENT
PURPOSES AND FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

Plaintiff Blair Douglass, on behalf of himself and all others similarly situated, moves pursuant to Fed. R. Civ. P. 23 for an order certifying a class for settlement purposes, preliminarily approving the Agreement,[1] approving the proposed notice[2] and notice plan,[3] and setting aside dates for the submission of objections and a fairness hearing. The Parties have conferred and it is Plaintiff's understanding that Defendant DOES NOT OPPOSE the relief this motion seeks. In further support of this motion, Plaintiff states as follows:

1. In March 2025, Plaintiff attempted to access Defendant's online store, located at https://levainbakery.com/ ("Website"). Doc. 1, ¶¶ 3, 37.

2. Plaintiff was unable to do so because the Website was not compatible with screen reader technology. Doc. 1, ¶¶ 27, 36.

---

[1] The proposed settlement Agreement is attached as Exhibit 1.
[2] The proposed long-form notice accompanies the Agreement as Agreement Exhibit 1.
[3] The proposed notice plan is attached as Exhibit 2.

1

3. On November 4, 2025, Plaintiff filed a class action complaint, alleging that Defendant lacks—and has always lacked—policies and practices necessary to make the Website accessible to blind shoppers, in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA"). Doc. 1.

1. The parties have since executed a class action settlement Agreement.

2. The Agreement is fair and reasonable, and provides substantial benefits to the class, while avoiding the delay, risk, and cost of litigation.

3. The Agreement ensures that visually disabled individuals in the United States shall have equal access to the Website and any digital properties which Defendant operates in the future.

*4.* Seven different judges in the Western District of Pennsylvania have approved substantially similar class action settlement agreements, including in *Douglass v. Melnor, Inc.,* No. 2:25-cv-00670, 2025 U.S. Dist. LEXIS 203770 (W.D. Pa. Oct. 16, 2025) (Hardy, J.) ("*Melnor*"); *Douglass v. Whitestone Home Furnishings, LLC d/b/a SAATVA,* No. 2:25-cv-00460, 2025 U.S. Dist. LEXIS 188296 (W.D. Pa. Sept. 15, 2025) (Cercone, J.) ("*Saatva*"); *Douglass v. iFit Inc.*, No. 2:23-cv-00917, 2024 U.S. Dist. LEXIS 243178 (W.D. Pa. Apr. 11, 2024) (Horan, J.) ("*iFit*"); *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, 2023 U.S. Dist. LEXIS 246830 (W.D. Pa. June 27, 2023) (Kelly, J.) ("*P.C. Richard*"); *Douglass v. Optavia, LLC*, No. 2:22-cv-00594, 2023 U.S. Dist. LEXIS 246835 (W.D. Pa. Jan. 23, 2023) (Wiegand, J.) ("*Optavia*"); *Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, 2022 U.S. Dist. LEXIS 211942 (W.D. Pa. Nov. 17, 2022) (Lanzillo, J.) ("*The Hundreds*"); and *Murphy v. Charles Tyrwhitt, Inc.*, No. 1:20-cv-00056, 2022 U.S. Dist. LEXIS 255976 (W.D. Pa. Feb. 16, 2022) (Baxter, J.) ("*Charles Tyrwhitt*").

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)   Certify the class for settlement purposes, appoint Plaintiff as class representative, and appoint Plaintiff's counsel as class counsel;[4]

(B)   Preliminarily approve the settlement as set forth in the proposed Agreement; and

(A)   Approve the notice and notice plan included in the Proposed Order accompanying this Motion.

Respectfully submitted,

Dated: November 25, 2025

*/s/ Stephanie Moore*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him) (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
Kayla Conahan (She/Her) (PA 329529)
Jessica Liu (She/Her) (PA 328861)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com
kconahan@eastendtrialgroup.com
jliu@eastendtrialgroup.com

*Counsel for Plaintiff*

---

[4] Plaintiff's counsel's resumes are attached to this motion as Exhibit 3.

## CERTIFICATE OF SERVICE

  I hereby certify that, on November 25, 2025, I will cause a true and correct copy of the foregoing document to be served on Defendant through the Court's Electronic Filing System.

Dated: November 25, 2025         */s/ Stephanie Moore*
                  Stephanie Moore